LOCKE LORD LLP
Nina Huerta, 229070
nhuerta@lockelord.com
Christopher Lee, 274639
clee@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213-485-1500

Attorneys for Defendants
OCWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE, LLC and
WELLS FARGO BANK, N.A., as Trustee for Morgan Stanley
ABS Capital I Inc. Trust 2006-WMC1, Mortgage Pass-Through Certificates,
Series 2006-WMC1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA WOODRING, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware corporation; WESTERN PROGRESSIVE, LLC, a Delaware corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC1, Mortgage Pass-Through Certificates, Series 2006-WMC1; and DOES 1 THROUGH 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:14-CV-03416 BRO (Ex)<br><br>Honorable Beverly Reid O'Connell<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANTS OWEN LOAN SERVICING, LLC, WESTERN PROGRESSIVE, LLC AND WELLS FARGO BANK, N.A., AS TRUSTEE PURSUANT TO FED. R. CIV. P. 41(a)** |

1

ORDER GRANTING STIPULATED DISMISSAL

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

1  After considering the stipulation of dismissal of claims with prejudice as to Defendants Ocwen Loan Servicing, LLC, Western Progressive, LLC and Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC1, Mortgage Pass-Through 2006-WMC1, Mortgage Pass-Through Certificates, Series 2006-WMC1 (collectively "Defendants") the Court finds good cause and authority under Federal Rule of Civil Procedure 41(a)(2) to approve the stipulation and dismiss Plaintiff Gina Woodring's ("Plaintiff") claims against Defendants with prejudice.  Defendants are hereby dismissed from this action.

The Court retains jurisdiction to enforce the terms of the stipulation and settlement.

**IT IS SO ORDERED.**



Dated:  December 30, 2014      _____
　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

1

ORDER GRANTING STIPULATED DISMISSAL